IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:09cr024-WHA |
| JOHN ALBERT FLORES ) | |

### **ORDER**

This case is before the court on the Defendant's Unopposed Motion to Continue Trial (Doc. #22).

The court finds, for the reason that this case is pending on a Motion to Suppress and additional time is needed for proper resolution of the motion, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that trial of this case, presently set for April 20, 2009, is CONTINUED pending resolution of the Defendant's Motion to Suppress.

DONE this 23rd day March, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE